FILED

JUN 1 0 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (THE HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES GOVERNMENT, | ) Case No. 07CR-0015-GT |
| Plaintiff, | ) |
| vs. | ) **ORDER GRANTING** |
| ARTURO VASQUEZ, | ) **JOINT MOTION FOR** |
| Defendant, | ) **CONTINUANCE** |
| | ) |

**IT IS HEREBY ORDERED,** that the hearing presently set for June 22, 2009 at 9:00 a.m. be continued until June 29, 2009 at 9:00 a.m.

Dated: _June 8th, 2009_

_Gordon Thompson Jr._
HON. GORDON THOMPSON, JR
U.S. DISTRICT COURT JUDGE

*Order Granting Motion for Continuance, U.S. v. Vasquez, 07CR-0015-GT*